# IN THE COURT OF APPEALS
## FOR THE FOURTH APPELLATE DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2016 2:11:03 PM
KEITH E. HOTTLE
Clerk

JAMES CLINTON COYLE,　　　§
Appellant,　　　　　　　　　　§
　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　§　　NO. 04-16-00133-CV
　　　　　　　　　　　　　　　§
COYLE FAMILY FARM, INC.,　　§
Appellee.　　　　　　　　　　　§

ON APPEAL FROM
CAUSE NO. 3208
COUNTY COURT AT LAW,
MEDINA COUNTY, TEXAS
HONORABLE VIVIAN TORRES, JUDGE PRESIDING

---

## APPELLANT'S SUPPLEMENTAL BRIEF

---

ANTON E. HACKEBEIL
State Bar No. 08667150
P.O. Box 220
Hondo, Texas 78861
Tel: (830) 741-7001
Fax: (866) 743-4537
Email: tonyhackebeil@att.net
ATTORNEY FOR APPELLANT

**ORAL ARGUMENT REQUESTED**

# IDENTITY OF PARTIES AND COUNSEL

**Appellant:**
James Clinton Coyle

**Appellant's Counsel:**
Anton E. Hackebeil –Trial and Appeal
State Bar No. 08667150
P.O. Box 220
Hondo, Texas 78861
(830) 741-7001 Phone
(866) 743-4537 Facsimile
Email: tonyhackebeil@att.net

**Appellee:**
Coyle Family Farm, Inc.

**Appellee's Counsel:**
John C. Chunn – Trial and Appeal
P.O. Box 396
Hondo, Texas 78861
(830) 426-3911 Phone
(830) 426-3911 Facsimile
Email: john@johnchunnlaw.com

**Trial Court Judge:**
Honorable Vivian Torres
Medina County Court at Law
1100 16th Street
Hondo, Texas 78861
(830) 741-6061 Phone
(830) 741-6064 Fax
Email: shanna.curiel@medinacounty.texas.org

# TABLE OF CONTENTS

|  | Page No. |
| --- | --- |
| Identity of Parties and Counsel | i. |
| Table of Contents | ii. |
| Supplemental Summary of the Argument | 1 |
| Argument<br><br>Issue No. 1:<br>Did the trial court have jurisdiction and authority to enforce a mediated settlement agreement and award possession of real property pursuant to an action for forcible entry and detainer/eviction? | 2 |
| Prayer | 2 |
| Certificate of Compliance | 3 |
| Certificate of Service | 4 |

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Appellant, James Clinton Coyle, by and through Appellant's attorney of record, Anton E. Hackebeil, and pursuant to the provisions of Texas Rules of Appellate Procedure, files this Supplement Brief. Appellant relies on Appellant's original Brief with regard to the Statement of the Case, Issue Presented and Statement of Facts. Appellant's Summary of the Argument is hereby supplemented by this Supplemental Brief as noted hereinbelow.

## SUPPLEMENTAL SUMMARY OF THE ARGUMENT

The Justice of the Peace court and County Court at Law of Medina County did not have the authority to award possession of the real property and order eviction since doing so was tantamount to enforcement of a mediated settlement agreement which can only be done through a breach of contract action. In addition, the provisions of the Mediated Settlement Agreement ("MSA"), as noted on pages 13 and 14 of that agreement, require that any disputes regarding the agreement shall be first submitted to mediator Joe Casseb for mandatory mediation and in the event that mediation is unsuccessful, the dispute would then be decided by binding arbitration. If Joe Casseb is unavailable, then any dispute should be submitted to and decided by Phylis Speedlin. The agreement upon which Appellee relies for relief requires that the parties either participate in additional mediation, arbitration, or any action is

1

required to be brought only in the state district court in Medina County, Texas. Said MSA referred to herein has been provided under Appendix Exhibit C to Appellant's original Brief.

**ARGUMENT**

Issue No. 1:
Did the trial court have jurisdiction and authority to enforce a mediated settlement agreement and award possession of real property pursuant to an action for forcible entry and detainer/eviction?

Without abandoning and subject to arguments made in Appellant's original Brief, Appellant further relies on the terms of the MSA requiring that disputes over the MSA shall be first mediated or submitted to binding arbitration. In addition, although this section may be in somewhat conflict with the mediation and arbitration provisions, the parties agreed in the MSA that any and all disputes arising from or related to the agreement shall be brought only in the state district court in Medina County, Texas.

By these provisions in the MSA, Appellee's relief cannot be pursued or achieved in either the Justice of the Peace court of Medina County, Texas or the County Court at Law of Medina County, Texas.

**PRAYER**

Appellant prays that this Court, based on argument and authority in both Appellant's original Brief and Supplemental Brief, reverse the judgment of the trial

2

court and remand this case to the trial court for proceedings consistent with the opinion of reversal, or, reverse the judgment of the trial court and dismiss the forcible entry and detainer/eviction action. Appellant further prays for any and all other relief to which Appellant may be entitled.

Respectfully submitted,


/s/ Anton E. Hackebeil
ANTON E. HACKEBEIL
State Bar No. 08667150
P.O. Box 220
Hondo, Texas 78861
Tel: (830) 741-7001
Fax: (866) 743-4537
Email: tonyhackebeil@att.net
ATTORNEY FOR APPELLANT


## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point font for text, 12-point for footnotes. I also certify that this document contains approx. 511 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).


/s/ Anton E. Hackebeil
Anton E. Hackebeil

3

## CERTIFICATE OF SERVICE

This is to certify that on August 31, 2016, a true and correct copy of Appellant's Supplemental Brief and Appendix was served on John C. Chunn, attorney for Appellee, P.O. Box 396, Hondo, Texas 78861, by electronic filing manager.

/s/ Anton E. Hackebeil
Anton E. Hackebeil
Counsel for Appellant

4